JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOE LEWIS VALENTINE,<br><br>Plaintiff,<br><br>v.<br><br>THE EXECUTIVE OFFICER OF THE BOARD OF PAROLE HEARINGS et al.,<br><br>Defendants. | No. CV 25-02436-VBF (DFM)<br><br>JUDGMENT |

IT IS ADJUDGED that this action is dismissed without leave to amend for failure to state a claim.

Date:  October 3, 2025

/s/ Valerie Baker Fairbank

_____

VALERIE BAKER FAIRBANK
United States District Judge